1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STOKES, | Case No. 1:22-cv-00965-JLT-CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| AMEN CORPORATION, | (Docs. 9, 12) |
| Defendant. | |

On April 4, 2024, the assigned magistrate judge issued Findings and Recommendations in this trademark infringement case to grant Plaintiff's motion for default judgment in part, reducing the statutory damages from the requested $80,000 to $15,000 and the attorney's fees award from the requested $5,950 to $2,922.50.  (Doc. 12.)  The Court served the Findings and Recommendations on Plaintiff and directed Plaintiff to serve a copy on Defendant at its registered or last known address and file proof of service of same.  (*Id.* at 12.)  The Findings and Recommendations informed the parties that any objections were due within 14 days and advised them that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.*, citing *Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991).) More than 14 days have passed since Plaintiff served Defendant with a copy of the Findings and Recommendations (*see* Doc. 14) and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

case.  Having carefully reviewed the entire file, the Court concludes the Findings and

Recommendations are supported by the record and by proper analysis. Based upon the foregoing,

the Court **ORDERS**:

1.  The Findings and Recommendations issued on April 4, 2024 (Doc. 12) are adopted in full.

2.  Plaintiff's motion for Default Judgment (Doc. 9) is **GRANTED** in part.

3.  Judgment is entered in favor of Plaintiff Michael Stokes against Defendant Amen Corporation.

4.  Plaintiff is awarded $15,000.00 in statutory damages.

5.  Plaintiff is awarded $2,922.50 in attorneys' fees and $492.00 in costs.

6.  The Clerk of the Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **May 17, 2024**

UNITED STATES DISTRICT JUDGE